# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: Gordon Alexander Clark

Case No.          23-20642 (JJT)

Adversary Proceeding Name: Gordon Alexander Clark v. Santander Bank, N.A., *et. al.*

Adversary Proceeding Number:  23-02013(JJT)

Previous Civil Number:          3:24-cv-00055(SVN)

Previous Miscellaneous Number:

**To the District Court:**
**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)

   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)   ECF No.:

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☑ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many) Transcripts
   ☑ Other   ECF No. 48 - Memorandum of Decision Denying Request for Certification;
       ECF No. 51 - Memorandum of Decision and Order Denying Motions to Recuse,

   PLEASE NOTE: The appellant, Gordon Alexander Clark filed an Amended Notice of Appeal, ECF No. 52, dated February 5, 2024. This Notice of Appeal amends the prior Notice of Appeal dated January 12, 2024, to include additional decisions entered since the filing of the original Notice of Appeal including ECF No. 48 entered on January 29, 2024, ECF No. 51 entered on February 2, 2024.

4. ☑ Other applicable information:
   Filing Fee:  ☒ Paid   ☐ Not Paid
   The appellant paid a filing fee of $298.00 for the original Notice of Appeal on January 12, 2024.

| | |
|---|---|
| Appellant's Name: | Gordon Alexander Clark |
| Appellant's Attorney: | Self-Represented |
| | 70 Elm Street |
| | Enfield, CT 06082 |
| | 860-833-3195 |
| | |
| Appellee's Name: | Santander Bank, N.A. |
| Appellee's Attorney: | |
| | Sara Buchanan |
| | Brock & Scott, PLLC |
| | 3825 Forrestgate Drive |
| | Winston Salem, NC 27103 |
| | 844-856-6646 |
| | Fax : 860-773-6328 |
| | Email: Sara.buchanan@brockandscott.com |
| | |
| | Patrick S. Tracey |
| | Saul Ewing LLP |
| | 131 Dartmouth Street |
| | Suite 501 |
| | Boston, MA 02116 |
| | 617-912-0947 |
| | Email: patrick.tracey@saul.com |

By: _Lindsey Goergen_____    Date:   February 5, 2024
Deputy Clerk, U.S. Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

## ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT

Debtor(s) Name: Gordon Alexander Clark

Bankruptcy Case No.: 23-20642(JJT)

Adversary Case No.: 23-02013(JJT)

Previous Civil No.: 3:24-cv-00055(SVN)

Previous Miscellaneous No.:

Transmittal dated: February 5, 2024

**To the Bankruptcy Court:**

**The following number has been assigned:**

[X] Civil No. Assigned    3:24cv00055-VAB

[ ] Miscellaneous No. Assigned    _____

[X] I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

[ ] I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By: /s/Nick Fanelle          Date: 2/6/2024
    Deputy Clerk, U.S. District Court